FILED
 2010 Apr-16  PM 03:05
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )                             | |
| Plaintiff,                    ) | |
| )                             | |
| v.                            ) | 2:10-cv-0006-JHH |
| )                             | |
| KENNETH WISHAM                ) | |
| )                             | |
| Defendant.                    ) | |

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on February 28, 2010. Defendant has failed to appear , plead or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. With regard to Count I of the Complaint, Defendant is indebted to Plaintiff in the principal sum of $4,913.10, court costs of $350.00 pursuant to 28

U.S.C. § 2412(a) (2), administrative charges of $.00 and costs of Process Service $55.00, accrued interest of $5,790.20 through April 16, 2010, for a total sum of $11,108.30 at the rate of 5.82 percent per annum until date of judgment plus interest from the date of judgment at the prevailing legal rate per annum.

    4. With regard to Count II of the Complaint, Defendant is indebted to Plaintiff in the principal sum of $2,799.21, accrued interest of $3,366.00 through April 16, 2010, for a total sum of $6,165.21 at the rate of 8 percent per annum until date of judgment plus interest from the date of judgment at the prevailing legal rate per annum. Costs and Court Costs have been applied to Count I.

    5. Plaintiff is due to recover from Defendant the total sum of $17,273.51 plus interest from April 16, 2010, until date of judgment at the rate of 5.82 percent per annum for Count One and 8 percent per annum for Count Two and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

    **DONE** this the  16th  day of April, 2010.

*James H. Hancock*
_____
SENIOR UNITED STATES DISTRICT JUDGE